IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Larry Conway and Marilyn
Conway,

        Appellant,

v.

                        CIVIL NO. 05-2549

P. Preston Wilson,
Chapter 7 Trustee and
Richard Clippard,

        Appellees.

  Bankruptcy No. 02-23559

## ORDER SETTING SCHEDULING IN
## BANKRUPTCY APPEAL

    The above-referenced matter was docketed in this court on 14th day of September, 2005.  Pursuant to Bankruptcy Rule 8009(a), the following schedule shall be followed:

    1.   The appellant shall serve and file a brief within 15 days of the entry of this Order.

    2.   The appellee shall serve and file a response brief within 15 days of the service of appellant's brief. If a cross-appeal is filed, the brief on the cross-appeal shall contain the issues and arguments pertinent to the cross-appeal and be so designated.

    3.   The appellant may serve and file a reply brief within 10 days of the service of appellee's brief.

    4.   If appellee has filed a cross-appeal, the appellee may file and serve a reply brief to appellant's response within 10 days after the service of the reply brief of the appellant.


No further briefs shall be filed without leave of Court.



Entered this 12th day of April, 2005.

THOMAS M. GOULD, CLERK

BY: _____

Deputy Clerk

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02549 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

P. Preston Wilson
gotten, Wilson, Savory & Beard
88 Union Ave, 14th Floor
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Marilyn Conway
6099 Shady Grove
Memphis, TN 38120

Larry Conway
6099 Shady Grove
Memphis, TN 38120

Sean M. Haynes
U.S. TRUSTEE
200 Jefferson Ave.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT