IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

SEP 1 4 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

9/14/2005

ALL INTERESTED PARTIES OF RECORD

RE: Larry Conway v. P. Preston Wilson
District Court Civil No. 05cv2549
Bankruptcy No. 02-23559

    Documents in the above styled action have been transmitted to this office from the bankruptcy court and docketed. This action has been assigned to Judge Bernice Donald as **CASE NO. 05cv2549.**

    Please use our **CASE NO. 05cv2549,** and reference the bankruptcy numbers on all pleadings and correspondence relating to this case. ORIGINAL and ONE COPY of all pleadings should be filed in this office.

Sincerely yours,

Thomas M. Gould
Clerk of Court

By:_____
Deputy Clerk

cc: file



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02549 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Larry Conway
6099 Shady Grove
Memphis, TN 38120

Sean M. Haynes
U.S. TRUSTEE
200 Jefferson Ave.
Ste. 400
Memphis, TN 38103

Marilyn Conway
6099 Shady Grove
Memphis, TN 38120

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

P. Preston Wilson
gotten, Wilson, Savory & Beard
88 Union Ave, 14th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT