FILED BY ___ D.C.

05 OCT 27 AM 10: 55

U. S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN RE:

CONWAY, LARRY and
MARILYN JOYCE CONWAY

Case No. 02-02549

    Debtors/ Appellants.

District Court Civil No. 05-2549

vs.

PRESTON WILSON, TRUSTEE

    Appellee.

## ORDER GRANTING MOTION TO DISMISS APPEAL

This cause came on upon the Appellee's MOTION TO DISMISS APPEAL, this Court's docket of which it may take Judicial notice and the entire record in the cause from all of which

IT APPEARS TO THE COURT that the Appellants have failed to file the Appellant's brief within the time provided by the Court's briefing schedule, and that the Appellee's Motion to Dismiss Appeal is well taken and should be granted.

IT IS THEREFORE, ORDERED that the Appellant's appeal in the above styled and numbered case should be, and hereby is, dismissed.

This 26th day of October, 2005.

Judge Bernice B. Donald

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02549 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Marilyn Conway
6099 Shady Grove
Memphis, TN 38120

Larry Conway
6099 Shady Grove
Memphis, TN 38120

P. Preston Wilson
Gotten, Wilson, Savory & Beard
88 Union Ave, 14th Floor
Memphis, TN 38103

Sean M. Haynes
U.S. TRUSTEE
200 Jefferson Ave.
Ste. 400
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT